AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

AIDA M. ILLISACA,

Plaintiff(s)

v.

ALIANZA ECUATORIANA INTERNACIONAL, INC.,
and WALTER SINCHE, individually,

Defendant(s)

Civil Action No. 22 CV 5095

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALIANZA ECUATORIANA INTERNACIONAL, INC.
104-08 Roosevelt Avenue - 2nd Floor
Corona, New York 11368

WALTER SINCHE
104-08 Roosevelt Avenue - 2nd Floor
Corona, New York 11368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/26/2022

Brenna B. Mahoney
*CLERK OF COURT*

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*